MISC. 05-112ML

# UN ED STATES OF AMERIC

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

September 9, 2005

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-22)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 24, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

| | | |
|---|---|---|
| cc: | Transferee Judge: | Judge Eldon E. Fallon |
| | Transferor Judges: | (See Attached List of Judges) |
| | Transferor Clerks: | (See Attached List of Clerks) |

JPML Form 36A

LDA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2005

FILED
CLERK'S OFFICE

***DOCKET NO. 1657***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE VIOXX PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-22)***

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 9 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN | |
| ALN 2 05-1505 | Bonnie Morrow v. Merck & Co., Inc. |
| ALN 6 05-1512 | Patricia Sutherland v. Merck & Co., Inc., et al. |
| ALABAMA SOUTHERN | |
| ~~ALS 2 05-425~~ | ~~Marquerite Woods v. Merck & Co., Inc., et al.~~ Opposed 9/9/05 |
| ARKANSAS WESTERN | |
| ARW 6 05-6052 | Betty Featherston, et al. v. Merck & Co., Inc. |
| CALIFORNIA NORTHERN | |
| CAN 3 05-2881 | Peggy Johnson v. Merck & Co., Inc., et al. |
| CAN 3 05-2894 | David McArthur v. Merck & Co., Inc. |
| FLORIDA MIDDLE | |
| FLM 3 05-683 | Carol Lee Watkins v. Merck & Co., Inc. |
| FLM 3 05-684 | Brenda Schneble v. Merck & Co., Inc. |
| FLM 3 05-685 | Jacqueline Silva, etc. v. Merck & Co., Inc., et al. |
| FLM 3 05-686 | Ann Danziger, et al. v. Merck & Co., Inc., et al. |
| FLORIDA SOUTHERN | |
| FLS 9 05-80662 | Alice Thomashefski v. Merck & Co., Inc. |
| ILLINOIS NORTHERN | |
| ~~ILN 1 05-4103~~ | ~~Norbert Cipowski, etc. v. Merck & Co., Inc., et al.~~ Opposed 9/8/05 |
| ILLINOIS SOUTHERN | |
| ILS 3 05-508 | Betty Herrick v. Merck & Co., Inc. |
| KENTUCKY WESTERN | |
| KYW 1 05-100 | Sharron Haynes v. Merck & Co., Inc. |
| LOUISIANA MIDDLE | |
| LAM 3 05-965 | Aujest Cheramie v. Merck & Co., Inc. |
| MAINE | |
| ME 1 05-111 | Carol Lally v. Merck & Co., Inc. |
| MINNESOTA | |
| MN 0 05-1407 | John Utke v. Merck & Co., Inc. |
| MN 0 05-1466 | Connie S. Bell v. Merck & Co., Inc. |
| MN 0 05-1475 | Elizabeth M. Skofich v. Merck & Co., Inc. |
| MN 0 05-1534 | Marjorie J. Savoie v. Merck & Co., Inc. |
| MISSOURI EASTERN | |
| MOE 4 05-1129 | Geraldine Moore, et al. v. Merck & Co., Inc., et al. |
| MOE 4 05-1161 | John Fischer v. Merck & Co., Inc. |
| MOE 4 05-1164 | Robert O'Conner v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI NORTHERN | |
| MSN 1 05-176 | Dora Prince v. Merck & Co., Inc. |
| MISSISSIPPI SOUTHERN | |
| MSS 3 05-435 | Kathy DeKay, et al. v. Merck & Co., Inc. |
| MONTANA | |
| MT 2 05-47 | Stanley Hanson, et al. v. Merck & Co., Inc. |
| NORTH CAROLINA EASTERN | |
| NCE 7 05-138 | Daisy Stevens v. Merck & Co., Inc. |
| NEBRASKA | |
| NE 8 05-361 | Terry Price v. Merck & Co., Inc. |
| NEW MEXICO | |
| NM 1 05-597 | Kirk Bailey, etc. v. Merck & Co., Inc. |
| NEW YORK EASTERN | |
| NYE 1 05-3336 | Teresa Binkowska v. Merck & Co., Inc. |
| NYE 1 05-3337 | Anna Lambropoulos, et al v. Merck & Co., Inc. |
| NYE 1 05-3391 | Mark Bergman v. Merck & Co., Inc., et al. |
| NEW YORK SOUTHERN | |
| NYS 1 05-6630 | Gene Stein v. Merck & Co., Inc. |
| OHIO NORTHERN | |
| OHN 4 05-1512 | Frank W. Bodak, et al. v. Merck & Co., Inc. |
| OHIO SOUTHERN | |
| OHS 2 05-648 | Glenna M. Moyer, et al. v. Merck & Co., Inc. |
| OHS 2 05-680 | Thomas Holowitz v. Merck & Co., Inc. |
| OHS 2 05-694 | Kathy Melvin-Knodel, etc. v. Merck & Co., Inc. |
| OREGON | |
| OR 3 05-1105 | Robert Kanable v. Merck & Co., Inc. |
| PENNSYLVANIA EASTERN | |
| PAE 2 05-3560 | Louis LaPila, et al. v. Merck & Co., Inc., et al. |
| PAE 2 05-3681 | Linda Gates, et al. v. Merck & Co., Inc. |
| PAE 2 05-3684 | Richard M. Armour, et al. v. Merck & Co., Inc. |
| PAE 2 05-3693 | Diana M. Trakimas v. Merck & Co., Inc. |
| PAE 2 05-3696 | Karen S. Krout, et al. v. Merck & Co., Inc. |
| PAE 2 05-3740 | Milo Magnan, et al. v. Merck & Co., Inc., et al. |
| PAE 2 05-3773 | Sharon McClinton Jones, etc. v. Merck & Co., Inc., et al. |
| PAE 2 05-3832 | Barbara Salyers v. Merck & Co., Inc., et al. |
| PENNSYLVANIA WESTERN | |
| PAW 3 05-306 | Donald Graham, Sr., etc. v. Merck & Co., Inc. |
| RHODE ISLAND | |
| RI 1 05-325 | Shirley Asan v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TENNESSEE WESTERN | |
| TNW 1 05-1168 | John J. Stockton, et al. v. Merck & Co., Inc. |
| TNW 1 05-1209 | LeRoyce Wallace, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1210 | Tilda N. Simmons v. Merck & Co., Inc., et al. |
| TNW 1 05-1211 | James H. Oliver, et al. v. Merck & Co., Inc., et al. |
| TNW 2 05-2534 | Edmund Raines v. Merck & Co., Inc., et al. |
| TEXAS EASTERN | |
| TXE 2 05-335 | Larry G. Burdett, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-336 | Charleen R. Hranicky, et al. v. Merck & Co., Inc., et al. |
| TEXAS SOUTHERN | |
| ~~TXS 1 05-210~~ | ~~Jackie Roberts, etc. v. Juan Marcos Garcia, M.D., et al.~~ Opposed 9/8/05 |
| TXS 4 05-2556 | John O'Neill, et al. v. Merck & Co., Inc. |
| TEXAS WESTERN | |
| TXW 1 05-531 | Ronald D. Boyd, et al. v. Merck & Co., Inc. |
| TXW 1 05-540 | Marilyn J. Walters v. Merck & Co., Inc. |
| TXW 3 05-270 | Martin Galindez v. Merck & Co., Inc. |
| WASHINGTON EASTERN | |
| WAE 2 05-221 | John Stephen Moore, et al. v. Merck & Co., Inc. |