UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Office of the Clerk

LORETTA G. WHYTE
Clerk

500 Poydras St., Rm C-151
New Orleans, LA 70130

November 30, 2005

**IMPORTANT NOTICE**

**IN RE: MDL 1657**
**VIOXX PRODUCTS LIABILITY LITIGATION**

The Eastern District of Louisiana is experiencing an unusually large number of cases filed, removed and transferred in this large products liability litigation. To effectively manage and process these actions, the following listed procedures for the transfer of files has been adopted by this court.

Notification of actions transferred by the MDL Panel to the Eastern District of Louisiana will be emailed to each transferor court. This email will serve as the official notification of the action(s) being transferred and will also serve as the request to transmit the record.

The email notification will consist of a certified copy of the Conditional Transfer Order issued by the MDL Panel. The order will include the case number(s) assigned to each action by the Eastern District of Louisiana.

The email will be directed to the Clerk of Court unless you notify us of another contact before December 9, 2005. Please send the response to vioxx_mdl_clerk@laed.uscourts.gov. The transferor court will be responsible for placing a copy of the transfer order in each applicable case.

Rule of Procedure 1.6(a) of the Judicial Panel for MDLs (Transfer of Files) has been changed by the Honorable Eldon E. Fallon. Pursuant to said order, the transferor court shall forward only copies of the order of transfer, the docket sheet and the complaint (notice of removal if applicable) along with any amended complaints.

The transferor court shall forward the requested documents preferably by PDF documents attached to an email or by forwarding the printed copies by mail.

Your cooperation in adhering to this procedure is greatly appreciated.

Loretta G. Whyte, Clerk