A CERTIFIED TRUE COPY
APR 5 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR -6 PM 4:11
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR - 5 2006
FILED
CLERK'S OFFICE

***DOCKET NO. 1657***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

EDLA
SEC. L/3

*Manuel Chavez, et al. v. Merck & Co., Inc., et al.*, E.D. California, C.A. No. 2:06-324 06-1805
*Frank Detorie, et al. v. Merck & Co., Inc., et al.*, D. Rhode Island, C.A. No. 1:06-65 06-1806

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in these two actions (*Chavez* and *Detorie*) on March 2, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Chavez* and *Detorie* filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-43" filed on March 2, 2006, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY
APR 26 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No___

**Paulette Dube**

**From:** Lisa Quartino on behalf of David DiMarzio
**Sent:** Wednesday, April 26, 2006 12:41 PM
**To:** Paulette Dube; Paula Farrell Pletcher
**Subject:** FW: Vioxx Transfer Order

06-1805.pdf

-----Original Message-----
From: Dina_Guilbeau@laed.uscourts.gov
[mailto:Dina_Guilbeau@laed.uscourts.gov]
Sent: Wednesday, April 26, 2006 10:49 AM
To: KHolland@caed.uscourts.gov; David DiMarzio
Subject: Vioxx Transfer Order

IN RE: MDL 1657
VIOXX PRODUCTS LIABILITY LITIGATION

Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please forward the above requested documents, preferably as PDF documents attached to an email addressed to viox_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

(See attached file: 06-1805.pdf)